ATTORNEY GRIEVANCE             *  **In the**
COMMISSION OF MARYLAND

                               *  **Court of Appeals**

                               *  **of Maryland**
  v.
                               *  **Misc. Docket AG No. 58,**

ELIZABETH MARGARET FISCHER     *  **September Term, 2017**

O R D E R

The Court having considered the petition for disciplinary or remedial action filed in the above entitled matter in accordance with Md. Rule 19-737, the response to the show cause order filed by Bar Counsel and there being no response filed by the Respondent, it is this <u>22nd</u> day of <u>March</u>, 2018

ORDERED, by the Court of Appeals of Maryland, that the petition be, and it is hereby granted, and Elizabeth Margaret Fischer is disbarred, effective immediately, from the practice of law in this State subject to further order of this Court; and it is further

ORDERED, that the Clerk of this Court shall forthwith strike the name of Elizabeth Margaret Fischer from the register of attorneys in this Court and shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State in accordance with Rule 19-761.

/s/ Mary Ellen Barbera
Chief Judge